Robert P. Henk (SBN 147490)
Sheri L. Leonard (SBN 173544)
HENKLEONARD
A Professional Law Corporation
2260 Douglas Boulevard, Suite 200
Roseville, California 95661
Telephone:     (916) 787-4544
Facsimile:      (916) 787-4530
Email:            henkleonard@aol.com

Attorneys for Plaintiff
JUSTIN RILEY


JOSEPH W. ROSE (232261)
*joe@joeroselaw.com*
FELIX G. POGGEMANN (208918)
*felix@joeroselaw.com*
ROSE LAW, A PROFESSIONAL LAW
CORPORATION
11335 Gold Express Drive, Suite 135
Gold River, CA 95670
Telephone:  (916) 273-1260
Facsimile:   (916) 290-0148

Attorneys for Defendant
GREEN VALLEY MORTUARY, LTD.


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JUSTIN RILEY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GREEN VALLEY MORTUARY, LTD., and DOES 1 through 5, inclusive,,<br><br>　　　　　　　Defendants. | Case No. 13 CV 01527 JAM KJN<br><br><br>STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff JUSTIN RILEY ("Plaintiff") and GREEN VALLEY MORTUARY, LTCD. ("Defendant"), through their respective undersigned counsel, as follows:

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that

Plaintiff's Complaint is hereby dismissed WITH PREJUDICE, each party to bear its own fees and costs.

    IT IS SO STIPULATED.


Dated:  October 17, 2014        HENKELEONARD, A Professional Law Corporation


                         By: /s/SHERI L. LEONARD
                             Robert P. Henk
                             Sheri L. Leonard
                             Attorneys for Plaintiff
                             JUSTIN RILEY


Dated:  October 17, 2014        ROSE LAW, A Professional Law Corporation


                         By:/s/JOSEPH W. ROSE (as authorized on 10/17/13)
                             Joseph W. Rose
                             Felix G. Poggemann
                             Attorneys for Defendant
                             GREEN VALLEY MORTUARY, LTD.


## ORDER

    IT IS HERBY ORDERED that Plaintiff, Justin Riley's Complaint is hereby dismissed with prejudice, each side to bear its own fees and costs.

    IT IS SO ORDERED


Dated:  10/18/2013                  /s/ John A. Mendez_____
                                        JUDGE OF THE UNITED STATES
                                        DISTRICT COURT EASTERN DISTRICT
                                        OF CALIFORNIA